CITY OF DOUGLAS *v.* UNION BANKING COMPANY *et al.*

BELL, J. The last amendment did not materially change the petition as considered with prior amendments respectively in *Union Banking Co.* v. *City of Douglas,* 175 *Ga.* 82 (165 S. E. 54), and 177 *Ga.* 637 (171 S. E. 131). It follows that under these decisions, which have become the law of the case, the court did not err in sustaining the general demurrer and dismissing the petition as finally amended.

*Judgment affirmed. All the Justices concur.*

No. 10331. NOVEMBER 19, 1934.

*Mingledorff & Roberts* and *Sapp & Barnes,* for plaintiff.
*Kelley & Dickerson,* for defendants.